| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| NEXUS BANKRUPTCY<br>BENJAMIN HESTON (297798)<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Tel: 949.312.1377<br>Fax: 949.288.2054<br>ben@nexusbk.com | |

☐ Debtor(s) appearing without an attorney
☑ Attorney for Debtor(s)

# United States Bankruptcy Court
## Central District of California - Riverside Division

| In re:<br>Alex Diego Criollo<br><br>Lindsey Karen Criollo<br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 7<br><br>**DECLARATION BY DEBTOR(S)<br>AS TO WHETHER INCOME WAS RECEIVED<br>FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION<br>DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |
|---|---|

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

**Declaration of Debtor 1**

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date (*Check only ONE box below*):**

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 09/14/2024         **Alex Diego Criollo**           /s/
                         Printed name of Debtor 1          Signature of Debtor 1

**Declaration of Debtor 2 (Joint Debtor) (if applicable)**

2. ☑ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date (*Check only ONE box below*):**

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☑ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 09/14/2024         **Lindsey Karen Criollo**         /s/
                         Printed name of Debtor 2          Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015

F 1002-1.EMP.INCOME.DEC

# KAISER PERMANENTE

| Person Number | Payroll Relationship Number | Payroll |
|---|---|---|
| 23021249 | 23021249-1 | KP BiWeekly Sunday1 |
|  | **Assignment Number** | **Employer Name** |
|  | E23021249 | Kaiser Foundation Hospitals |
| **Employee Name** | **Job Title** |  |
| Alex Criollo | Sp Unit Staff RN - Hospita |  |
| **Employee Address** | **Position** | **Employer Address** |
| 31586 Calle Canto<br>Temecula, CA 92592 | Sp Unit Staff RN - Hospita | One Kaiser Plaza<br>Oakland, CA 94612<br>Ph: 877-457-4772 |

| Business Unit | Department | Location |
|---|---|---|
| SCAL | 0201 - SAN MARCOS MEDICAL CENTER - Transitional Care Unit - | CA247-5 |
| **Workweek** | **Base Rate** |  |
| Sunday 00:00 | 67.7300  Hourly | **View My Time Off Balances** |
| **FLSA Week** |  |  |

| Period Type | Period Start Date | Period End Date | Payment Date |
|---|---|---|---|
| Biweekly | 09-01-2024 | 09-14-2024 | 09-20-2024 |

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | **4,181.59** | **79,979.29** |
| Employee Tax Deductions | **516.92** | **10,364.23** |
| Pretax Deductions | **231.53** | **4,261.95** |
| Voluntary Deductions | **117.90** | **1,793.27** |
| Net Payment | **3,314.68** | **63,549.76** |

| Earnings Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Regular | **1,624.84** | **55,049.12** |
| Education | **1,354.60** | **1,354.60** |
| Sick ESL | **812.76** | **6,936.51** |
| Holiday | **323.95** | **1,602.76** |
| Eve Diff Wrk | **20.05** | **748.69** |
| Daily OT2.0 at 1.0 | **18.29** | **904.69** |
| Daily OT2.0 Prm at 1.0 | **18.29** | **904.69** |
| Eve Diff Nwk | **8.25** | **114.87** |
| Training Regular |  | **2,464.80** |
| HolidayWrk2.5 Prm at 1.5 |  | **1,931.34** |
| FPD |  | **1,846.79** |
| PSP |  | **1,644.20** |
| HolidayWrk2.5 at 1.0 |  | **1,287.56** |
| VAC PTO |  | **1,286.87** |
| Low Census Wrkd Hrs Retro |  | **1,054.04** |
| VAC PTO Retro |  | **812.76** |
| Comm Staff Mtg Retro |  | **516.06** |
| Regular Retro |  | **263.19** |
| Rel in High Cls Diff |  | **154.41** |
| Missed Break |  | **131.63** |
| Preceptor Diff |  | **107.64** |
| Missed Meal |  | **69.34** |
| Location Float Diff |  | **23.98** |
| Night Diff Wrk |  | **22.50** |
| Banked Sick Post |  | **18.08** |
| RIHC Diff 2.0 at 1.0 |  | **10.68** |
| RIHC Diff 2.0 Prm at 1.0 |  | **10.68** |

| Earnings Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Eve DIFF NWRK Retro | | **8.25** |
| Missed Break Retro | | **4.96** |
| Night Diff Nwk | | **0.77** |
| Emp Referral GrossUp Retro | | **-0.02** |
| Training Regular Retro | | **-1,317.23** |
| **Total Earnings** | **4,181.03** | **79,969.21** |

| Current Period Details | | | | | | |
|---|---|---|---|---|---|---|
| **Description** | **Start Date** | **End Date** | **Quantity** | **Type** | **Rate** | **Amount** |
| Regular | | | **23.990** | Hours | **67.7300** | **1,624.84** |
| Education | | | **20.000** | Hours | **67.7300** | **1,354.60** |
| Sick ESL | | | **12.000** | Hours | **67.7300** | **812.76** |
| Holiday | | | **4.783** | Hours | **67.7300** | **323.95** |
| Eve Diff Wrk | | | **7.290** | Hours | **2.7500** | **20.05** |
| Daily OT2.0 at 1.0 | | | **0.270** | Hours | **67.7300** | **18.29** |
| Daily OT2.0 Prm at 1.0 | | | **0.270** | Hours | **67.7300** | **18.29** |
| Eve Diff Nwk | | | **3.000** | Hours | **2.7500** | **8.25** |
| **Total Hours Worked** | | | **24.260** | | | |

| Imputed Income | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Life Impt Inc | **0.56** | **10.08** |
| **Total Imputed Income** | **0.56** | **10.08** |

| Pretax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| FSA Hlth | **127.08** | **2,287.52** |
| 401k Pre Tax | **83.62** | **1,599.41** |
| FSA Dependent Care | **20.83** | **375.02** |
| **Total Pretax Deductions** | **231.53** | **4,261.95** |

| Tax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Social Security Employee Withheld | **250.09** | **4,793.64** |
| SIT Withheld (CA) | **92.59** | **1,851.41** |
| FIT Withheld | **71.39** | **1,747.72** |
| Medicare Employee Withheld | **58.49** | **1,121.09** |
| SDI Employee Withheld (CA) | **44.36** | **850.37** |
| **Total Tax Deductions** | **516.92** | **10,364.23** |

| Other Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Union Dues | **74.59** | **1,417.21** |
| 401k Roth | **41.81** | **349.06** |
| Supp Life | **1.44** | **25.92** |
| SUPP ADD | **0.06** | **1.08** |
| **Total Other Deductions** | **117.90** | **1,793.27** |

| Absence Accruals | | | |
|---|---|---|---|
| **Description** | **Unit of Measure** | **Current** | **Balance** |

| Employer Paid Benefits | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Med ER | **1,200.14** | **21,602.52** |
| 401k ER Match | **52.26** | **436.34** |
| Dental ER | **19.84** | **357.12** |

| Employer Paid Benefits | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Life Ins ER | **2.70** | **48.60** |
| STD ER | **1.73** | **30.42** |
| ADD ER | **0.03** | **0.54** |
| **Total Employer Paid Benefits** | **1,276.70** | **22,475.54** |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---|
| **Check/Deposit Number** | **Bank Name** | **Branch Name** | **Account Number** | **Currency** | **Payment Amount** |
| 17735280857 | | | XXXXX8975 | USD | **1,000.00** |
| 17735280936 | | | XXXXXXX7249 | USD | **500.00** |
| 17735281000 | | | XXXXXXX5091 | USD | **1,814.68** |

| | Tax Withholding Information | | | |
|---|---|---|---|---|
| **Type** | **Marital Status** | **Exempt** | **Total Dependent Amount** | **Extra Withholding** |
| FEDERAL_2020 | Married filing jointly or Qualifying widow(er) | | **6,500.00** | **0.00** |

| | Tax Withholding Information | | | | | | |
|---|---|---|---|---|---|---|---|
| **Type** | **Marital Status** | **Exempt** | **Addl** | **Sec ALW** | **BIN** | **Exemptions** | **Additional Amount** |
| CA | Married with one income | | | | | 4 | **0.00** |

# KAISER PERMANENTE®

| Person Number | Payroll Relationship Number | Payroll |
|---|---|---|
| 23021249 | 23021249-1 | KP BiWeekly Sunday1 |
| | Assignment Number | Employer Name |
| | E23021249 | Kaiser Foundation Hospitals |
| Employee Name | Job Title | |
| Alex Criollo | Sp Unit Staff RN - Hospita | |
| Employee Address | Position | Employer Address |
| 31586 Calle Canto<br>Temecula, CA 92592 | Sp Unit Staff RN - Hospita | One Kaiser Plaza<br>Oakland, CA 94612<br>Ph: 877-457-4772 |

| Business Unit | Department | Location |
|---|---|---|
| SCAL | 0201 - SAN MARCOS MEDICAL CENTER - Transitional Care Unit - | CA247-5 |
| Workweek | Base Rate | |
| Sunday 00:00 | 67.7300  Hourly | **View My Time Off Balances** |
| FLSA Week | | |

| Period Type | Period Start Date | Period End Date | Payment Date |
|---|---|---|---|
| Biweekly | 08-18-2024 | 08-31-2024 | 09-06-2024 |

| Summary | | |
|---|---|---|
| Description | Current | Year to Date |
| Gross Earnings | 4,426.86 | 75,797.70 |
| Employee Tax Deductions | 583.09 | 9,847.31 |
| Pretax Deductions | 236.44 | 4,030.42 |
| Voluntary Deductions | 120.35 | 1,675.37 |
| Net Payment | 3,486.42 | 60,235.08 |

| Earnings Summary | | |
|---|---|---|
| Description | Current | Year to Date |
| Regular | 3,641.16 | 53,424.28 |
| Daily OT2.0 at 1.0 | 270.92 | 886.40 |
| Daily OT2.0 Prm at 1.0 | 270.92 | 886.40 |
| Training Regular | 135.46 | 2,464.80 |
| Eve Diff Wrk | 47.38 | 728.64 |
| Night Diff Wrk | 22.50 | 22.50 |
| Rel in High Cls Diff | 18.98 | 154.41 |
| RIHC Diff 2.0 at 1.0 | 9.49 | 10.68 |
| RIHC Diff 2.0 Prm at 1.0 | 9.49 | 10.68 |
| Sick ESL | | 6,123.75 |
| HolidayWrk2.5 Prm at 1.5 | | 1,931.34 |
| FPD | | 1,846.79 |
| PSP | | 1,644.20 |
| HolidayWrk2.5 at 1.0 | | 1,287.56 |
| VAC PTO | | 1,286.87 |
| Holiday | | 1,278.81 |
| Low Census Wrkd Hrs Retro | | 1,054.04 |
| VAC PTO Retro | | 812.76 |
| Comm Staff Mtg Retro | | 516.06 |
| Regular Retro | | 263.19 |
| Missed Break | | 131.63 |
| Preceptor Diff | | 107.64 |
| Eve Diff Nwk | | 106.62 |
| Missed Meal | | 69.34 |
| Location Float Diff | | 23.98 |
| Banked Sick Post | | 18.08 |
| Eve DIFF NWRK  Retro | | 8.25 |

| Earnings Summary | | |
|---|---|---|
| Description | Current | Year to Date |
| Missed Break Retro | | 4.96 |
| Night Diff Nwk | | 0.77 |
| Emp Referral GrossUp Retro | | -0.02 |
| Training Regular Retro | | -1,317.23 |
| **Total Earnings** | **4,426.30** | **75,788.18** |

| Current Period Details | | | | | | |
|---|---|---|---|---|---|---|
| Description | Start Date | End Date | Quantity | Type | Rate | Amount |
| Regular | | | 53.760 | Hours | 67.7300 | 3,641.16 |
| Daily OT2.0 at 1.0 | | | 4.000 | Hours | 67.7300 | 270.92 |
| Daily OT2.0 Prm at 1.0 | | | 4.000 | Hours | 67.7300 | 270.92 |
| Training Regular | | | 2.000 | Hours | 67.7300 | 135.46 |
| Eve Diff Wrk | | | 17.230 | Hours | 2.7500 | 47.38 |
| Night Diff Wrk | | | 5.000 | Hours | 4.5000 | 22.50 |
| Rel in High Cls Diff | | | 8.000 | Hours | 2.3720 | 18.98 |
| RIHC Diff 2.0 at 1.0 | | | 4.000 | Hours | 2.3720 | 9.49 |
| RIHC Diff 2.0 Prm at 1.0 | | | 4.000 | Hours | 2.3720 | 9.49 |
| **Total Hours Worked** | | | **59.760** | | | |

| Imputed Income | | |
|---|---|---|
| Description | Current | Year to Date |
| Life Impt Inc | 0.56 | 9.52 |
| **Total Imputed Income** | **0.56** | **9.52** |

| Pretax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| FSA Hlth | 127.08 | 2,160.44 |
| 401k Pre Tax | 88.53 | 1,515.79 |
| FSA Dependent Care | 20.83 | 354.19 |
| **Total Pretax Deductions** | **236.44** | **4,030.42** |

| Tax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| Social Security Employee Withheld | 265.29 | 4,543.55 |
| SIT Withheld (CA) | 108.46 | 1,758.82 |
| FIT Withheld | 100.24 | 1,676.33 |
| Medicare Employee Withheld | 62.04 | 1,062.60 |
| SDI Employee Withheld (CA) | 47.06 | 806.01 |
| **Total Tax Deductions** | **583.09** | **9,847.31** |

| Other Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| Union Dues | 74.59 | 1,342.62 |
| 401k Roth | 44.26 | 307.25 |
| Supp Life | 1.44 | 24.48 |
| SUPP ADD | 0.06 | 1.02 |
| **Total Other Deductions** | **120.35** | **1,675.37** |

| Absence Accruals | | | |
|---|---|---|---|
| Description | Unit of Measure | Current | Balance |

| Employer Paid Benefits | | |
|---|---|---|
| Description | Current | Year to Date |
| Med ER | 1,200.14 | 20,402.38 |
| 401k ER Match | 55.33 | 384.08 |
| Dental ER | 19.84 | 337.28 |

| Employer Paid Benefits | | |
|---|---:|---:|
| **Description** | **Current** | **Year to Date** |
| Life Ins ER | **2.70** | **45.90** |
| STD ER | **1.73** | **28.69** |
| ADD ER | **0.03** | **0.51** |
| **Total Employer Paid Benefits** | **1,279.77** | **21,198.84** |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---:|
| **Check/Deposit Number** | **Bank Name** | **Branch Name** | **Account Number** | **Currency** | **Payment Amount** |
| 17545752832 | | | XXXXX8975 | USD | **1,000.00** |
| 17545753101 | | | XXXXXXX7249 | USD | **500.00** |
| 17545753275 | | | XXXXXXX5091 | USD | **1,986.42** |

| | Tax Withholding Information | | | |
|---|---|---|---:|---:|
| **Type** | **Marital Status** | **Exempt** | **Total Dependent Amount** | **Extra Withholding** |
| FEDERAL_2020 | Married filing jointly or Qualifying widow(er) | | **6,500.00** | **0.00** |

| | Tax Withholding Information | | | | | | |
|---|---|---|---|---|---|---:|---:|
| **Type** | **Marital Status** | **Exempt** | **Addl** | **Sec ALW** | **BIN** | **Exemptions** | **Additional Amount** |
| CA | Married with one income | | | | | 4 | **0.00** |

**KAISER PERMANENTE**®

| Person Number | Payroll Relationship Number | Payroll |
|---|---|---|
| 23021249 | 23021249-1 | KP BiWeekly Sunday1 |
|  | **Assignment Number** | **Employer Name** |
|  | E23021249 | Kaiser Foundation Hospitals |
| **Employee Name** | **Job Title** |  |
| Alex Criollo | Sp Unit Staff RN - Hospita |  |
| **Employee Address** | **Position** | **Employer Address** |
| 31586 Calle Canto<br>Temecula, CA 92592 | Sp Unit Staff RN - Hospita | One Kaiser Plaza<br>Oakland, CA 94612<br>Ph: 877-457-4772 |

| Business Unit | Department | Location |
|---|---|---|
| SCAL | 0201 - SAN MARCOS MEDICAL CENTER - Transitional Care Unit - | CA247-5 |
| **Workweek** | **Base Rate** |  |
| Sunday 00:00 | 67.7300  Hourly | **View My Time Off Balances** |
| **FLSA Week** |  |  |

| Period Type | Period Start Date | Period End Date | Payment Date |
|---|---|---|---|
| Biweekly | 08-04-2024 | 08-17-2024 | 08-23-2024 |

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | **2,491.54** | **71,370.84** |
| Employee Tax Deductions | **213.28** | **9,264.22** |
| Pretax Deductions | **197.73** | **3,793.98** |
| Voluntary Deductions | **101.00** | **1,555.02** |
| Net Payment | **1,978.97** | **56,748.66** |

| Earnings Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Regular | **1,947.91** | **49,783.12** |
| VAC PTO | **474.11** | **1,286.87** |
| Location Float Diff | **23.98** | **23.98** |
| Eve Diff Wrk | **18.65** | **681.26** |
| Banked Sick Post | **18.08** | **18.08** |
| Eve Diff Nwk | **8.25** | **106.62** |
| Sick ESL |  | **6,123.75** |
| Training Regular |  | **2,329.34** |
| HolidayWrk2.5 Prm at 1.5 |  | **1,931.34** |
| FPD |  | **1,846.79** |
| PSP |  | **1,644.20** |
| HolidayWrk2.5 at 1.0 |  | **1,287.56** |
| Holiday |  | **1,278.81** |
| Low Census Wrkd Hrs Retro |  | **1,054.04** |
| VAC PTO Retro |  | **812.76** |
| Daily OT2.0 at 1.0 |  | **615.48** |
| Daily OT2.0 Prm at 1.0 |  | **615.48** |
| Comm Staff Mtg Retro |  | **516.06** |
| Regular Retro |  | **263.19** |
| Rel in High Cls Diff |  | **135.43** |
| Missed Break |  | **131.63** |
| Preceptor Diff |  | **107.64** |
| Missed Meal |  | **69.34** |
| Eve DIFF NWRK  Retro |  | **8.25** |
| Missed Break Retro |  | **4.96** |
| RIHC Diff 2.0 at 1.0 |  | **1.19** |
| RIHC Diff 2.0 Prm at 1.0 |  | **1.19** |

### Earnings Summary

| Description | Current | Year to Date |
|---|---|---|
| Night Diff Nwk | | 0.77 |
| Emp Referral GrossUp Retro | | -0.02 |
| Training Regular Retro | | -1,317.23 |
| **Total Earnings** | **2,490.98** | **71,361.88** |

### Current Period Details

| Description | Start Date | End Date | Quantity | Type | Rate | Amount |
|---|---|---|---|---|---|---|
| Regular | | | 28.760 | Hours | 67.7300 | 1,947.91 |
| VAC PTO | | | 7.000 | Hours | 67.7300 | 474.11 |
| Location Float Diff | | | 11.990 | Hours | 2.0000 | 23.98 |
| Eve Diff Wrk | | | 6.780 | Hours | 2.7500 | 18.65 |
| Banked Sick Post | | | 0.267 | Hours | 67.7300 | 18.08 |
| Eve Diff Nwk | | | 3.000 | Hours | 2.7500 | 8.25 |
| **Total Hours Worked** | | | **28.760** | | | |

### Imputed Income

| Description | Current | Year to Date |
|---|---|---|
| Life Impt Inc | 0.56 | 8.96 |
| **Total Imputed Income** | **0.56** | **8.96** |

### Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| FSA Hlth | 127.08 | 2,033.36 |
| 401k Pre Tax | 49.82 | 1,427.26 |
| FSA Dependent Care | 20.83 | 333.36 |
| **Total Pretax Deductions** | **197.73** | **3,793.98** |

### Tax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Social Security Employee Withheld | 145.31 | 4,278.26 |
| Medicare Employee Withheld | 33.98 | 1,000.56 |
| SDI Employee Withheld (CA) | 25.78 | 758.95 |
| SIT Withheld (CA) | 8.21 | 1,650.36 |
| FIT Withheld | | 1,576.09 |
| **Total Tax Deductions** | **213.28** | **9,264.22** |

### Other Deductions

| Description | Current | Year to Date |
|---|---|---|
| Union Dues | 74.59 | 1,268.03 |
| 401k Roth | 24.91 | 262.99 |
| Supp Life | 1.44 | 23.04 |
| SUPP ADD | 0.06 | 0.96 |
| **Total Other Deductions** | **101.00** | **1,555.02** |

### Absence Accruals

| Description | Unit of Measure | Current | Balance |
|---|---|---|---|

### Employer Paid Benefits

| Description | Current | Year to Date |
|---|---|---|
| Med ER | 1,200.14 | 19,202.24 |
| 401k ER Match | 31.14 | 328.75 |
| Dental ER | 19.84 | 317.44 |
| Life Ins ER | 2.70 | 43.20 |
| STD ER | 1.73 | 26.96 |
| ADD ER | 0.03 | 0.48 |
| **Total Employer Paid Benefits** | **1,255.58** | **19,919.07** |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---|
| **Check/Deposit Number** | **Bank Name** | **Branch Name** | **Account Number** | **Currency** | **Payment Amount** |
| 17343268107 | | | XXXXX8975 | USD | **1,000.00** |
| 17343268296 | | | XXXXXXX7249 | USD | **500.00** |
| 17343268392 | | | XXXXXXX5091 | USD | **478.97** |

| | Tax Withholding Information | | | |
|---|---|---|---|---|
| **Type** | **Marital Status** | **Exempt** | **Total Dependent Amount** | **Extra Withholding** |
| FEDERAL_2020 | Married filing jointly or Qualifying widow(er) | | 6,500.00 | 0.00 |

| | Tax Withholding Information | | | | | | |
|---|---|---|---|---|---|---|---|
| **Type** | **Marital Status** | **Exempt** | **Addl** | **Sec ALW** | **BIN** | **Exemptions** | **Additional Amount** |
| CA | Married with one income | | | | | 4 | 0.00 |

# KAISER PERMANENTE®

| Person Number | Payroll Relationship Number | Payroll |
|---|---|---|
| 23021249 | 23021249-1 | KP BiWeekly Sunday1 |
|  | **Assignment Number** | **Employer Name** |
|  | E23021249 | Kaiser Foundation Hospitals |
| **Employee Name** | **Job Title** |  |
| Alex Criollo | Sp Unit Staff RN - Hospita |  |
| **Employee Address** | **Position** | **Employer Address** |
| 31586 Calle Canto<br>Temecula, CA 92592 | Sp Unit Staff RN - Hospita | One Kaiser Plaza<br>Oakland, CA 94612<br>Ph: 877-457-4772 |

| Business Unit | Department | Location |
|---|---|---|
| SCAL | 0201 - SAN MARCOS MEDICAL CENTER - Transitional Care Unit - | CA247-5 |
| **Workweek** | **Base Rate** |  |
| Sunday 00:00 | 67.7300  Hourly | **View My Time Off Balances** |
| **FLSA Week** |  |  |

| Period Type | Period Start Date | Period End Date | Payment Date |
|---|---|---|---|
| Biweekly | 07-21-2024 | 08-03-2024 | 08-09-2024 |

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | **4,422.04** | **68,879.30** |
| Employee Tax Deductions | **581.81** | **9,050.94** |
| Pretax Deductions | **236.34** | **3,596.25** |
| Voluntary Deductions | **120.30** | **1,454.02** |
| Net Payment | **3,483.03** | **54,769.69** |

| Earnings Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Regular | **3,549.73** | **47,835.21** |
| VAC PTO | **812.76** | **812.76** |
| Eve Diff Wrk | **50.74** | **662.61** |
| Eve Diff Nwk | **8.25** | **98.37** |
| Sick ESL |  | **6,123.75** |
| Training Regular |  | **2,329.34** |
| HolidayWrk2.5 Prm at 1.5 |  | **1,931.34** |
| FPD |  | **1,846.79** |
| PSP |  | **1,644.20** |
| HolidayWrk2.5 at 1.0 |  | **1,287.56** |
| Holiday |  | **1,278.81** |
| Low Census Wrkd Hrs Retro |  | **1,054.04** |
| VAC PTO Retro |  | **812.76** |
| Daily OT2.0 at 1.0 |  | **615.48** |
| Daily OT2.0 Prm at 1.0 |  | **615.48** |
| Comm Staff Mtg Retro |  | **516.06** |
| Regular Retro |  | **263.19** |
| Rel in High Cls Diff |  | **135.43** |
| Missed Break |  | **131.63** |
| Preceptor Diff |  | **107.64** |
| Missed Meal |  | **69.34** |
| Eve DIFF NWRK  Retro |  | **8.25** |
| Missed Break Retro |  | **4.96** |
| RIHC Diff 2.0 at 1.0 |  | **1.19** |
| RIHC Diff 2.0 Prm at 1.0 |  | **1.19** |
| Night Diff Nwk |  | **0.77** |
| Emp Referral GrossUp Retro |  | **-0.02** |

| Earnings Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Training Regular Retro | | **-1,317.23** |
| **Total Earnings** | **4,421.48** | **68,870.90** |

| Current Period Details | | | | | | |
|---|---|---|---|---|---|---|
| **Description** | **Start Date** | **End Date** | **Quantity** | **Type** | **Rate** | **Amount** |
| Regular | | | **52.410** | Hours | **67.7300** | **3,549.73** |
| VAC PTO | | | **12.000** | Hours | **67.7300** | **812.76** |
| Eve Diff Wrk | | | **18.450** | Hours | **2.7500** | **50.74** |
| Eve Diff Nwk | | | **3.000** | Hours | **2.7500** | **8.25** |
| **Total Hours Worked** | | | **52.410** | | | |

| Imputed Income | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Life Impt Inc | **0.56** | **8.40** |
| **Total Imputed Income** | **0.56** | **8.40** |

| Pretax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| FSA Hlth | **127.08** | **1,906.28** |
| 401k Pre Tax | **88.43** | **1,377.44** |
| FSA Dependent Care | **20.83** | **312.53** |
| **Total Pretax Deductions** | **236.34** | **3,596.25** |

| Tax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Social Security Employee Withheld | **265.00** | **4,132.95** |
| SIT Withheld (CA) | **108.15** | **1,642.15** |
| FIT Withheld | **99.67** | **1,576.09** |
| Medicare Employee Withheld | **61.98** | **966.58** |
| SDI Employee Withheld (CA) | **47.01** | **733.17** |
| **Total Tax Deductions** | **581.81** | **9,050.94** |

| Other Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Union Dues | **74.59** | **1,193.44** |
| 401k Roth | **44.21** | **238.08** |
| Supp Life | **1.44** | **21.60** |
| SUPP ADD | **0.06** | **0.90** |
| **Total Other Deductions** | **120.30** | **1,454.02** |

| Absence Accruals | | |
|---|---|---|
| **Description** | **Unit of Measure** | **Current** | **Balance** |

| Employer Paid Benefits | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Med ER | **1,200.14** | **18,002.10** |
| 401k ER Match | **55.27** | **297.61** |
| Dental ER | **19.84** | **297.60** |
| Life Ins ER | **2.70** | **40.50** |
| STD ER | **1.73** | **25.23** |
| ADD ER | **0.03** | **0.45** |
| **Total Employer Paid Benefits** | **1,279.71** | **18,663.49** |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---|
| **Check/Deposit Number** | **Bank Name** | **Branch Name** | **Account Number** | **Currency** | **Payment Amount** |
| 17169414045 | | | XXXXX8975 | USD | **1,000.00** |
| 17169414175 | | | XXXXXXX7249 | USD | **500.00** |
| 17169414272 | | | XXXXXXX5091 | USD | **1,983.03** |

| | Tax Withholding Information | | | |
|---|---|---|---|---|
| **Type** | **Marital Status** | **Exempt** | **Total Dependent Amount** | **Extra Withholding** |
| FEDERAL_2020 | Married filing jointly or Qualifying widow(er) | | 6,500.00 | 0.00 |

| | Tax Withholding Information | | | | | | |
|---|---|---|---|---|---|---|---|
| **Type** | **Marital Status** | **Exempt** | **Addl** | **Sec ALW** | **BIN** | **Exemptions** | **Additional Amount** |
| CA | Married with one income | | | | | 4 | 0.00 |

**KAISER PERMANENTE®**

| Person Number | Payroll Relationship Number | Payroll |
|---|---|---|
| 23021249 | 23021249-1 | KP BiWeekly Sunday1 |
| | Assignment Number | Employer Name |
| | E23021249 | Kaiser Foundation Hospitals |
| Employee Name | Job Title | |
| Alex Criollo | Sp Unit Staff RN - Hospita | |
| Employee Address | Position | Employer Address |
| 31586 Calle Canto<br>Temecula, CA 92592 | Sp Unit Staff RN - Hospita | One Kaiser Plaza<br>Oakland, CA 94612<br>Ph: 877-457-4772 |

| Business Unit | Department | Location |
|---|---|---|
| SCAL | 0201 - SAN MARCOS MEDICAL CENTER - Transitional Care Unit - | CA247-5 |
| Workweek | Base Rate | |
| Sunday 00:00 | 67.7300  Hourly | **View My Time Off Balances** |
| FLSA Week | | |

| Period Type | Period Start Date | Period End Date | Payment Date |
|---|---|---|---|
| Biweekly | 07-21-2024 | 08-03-2024 | 07-31-2024 |

| Summary | | |
|---|---|---|
| Description | Current | Year to Date |
| Gross Earnings | 821.01 | 64,457.26 |
| Employee Tax Deductions | 71.83 | 8,469.13 |
| Pretax Deductions | 16.42 | 3,359.91 |
| Voluntary Deductions | 8.21 | 1,333.72 |
| Net Payment | 724.55 | 51,286.66 |

| Earnings Summary | | |
|---|---|---|
| Description | Current | Year to Date |
| VAC PTO Retro | 812.76 | 812.76 |
| Eve DIFF NWRK  Retro | 8.25 | 8.25 |
| Regular | | 44,285.48 |
| Sick ESL | | 6,123.75 |
| Training Regular | | 2,329.34 |
| HolidayWrk2.5 Prm at 1.5 | | 1,931.34 |
| FPD | | 1,846.79 |
| PSP | | 1,644.20 |
| HolidayWrk2.5 at 1.0 | | 1,287.56 |
| Holiday | | 1,278.81 |
| Low Census Wrkd Hrs Retro | | 1,054.04 |
| Daily OT2.0 at 1.0 | | 615.48 |
| Daily OT2.0 Prm at 1.0 | | 615.48 |
| Eve Diff Wrk | | 611.87 |
| Comm Staff Mtg Retro | | 516.06 |
| Regular Retro | | 263.19 |
| Rel in High Cls Diff | | 135.43 |
| Missed Break | | 131.63 |
| Preceptor Diff | | 107.64 |
| Eve Diff Nwk | | 90.12 |
| Missed Meal | | 69.34 |
| Missed Break Retro | | 4.96 |
| RIHC Diff 2.0 at 1.0 | | 1.19 |
| RIHC Diff 2.0 Prm at 1.0 | | 1.19 |
| Night Diff Nwk | | 0.77 |
| Emp Referral GrossUp Retro | | -0.02 |
| Training Regular Retro | | -1,317.23 |

| Earnings Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| **Total Earnings** | **821.01** | **64,449.42** |

| Current Period Details | | | | | | |
|---|---|---|---|---|---|---|
| **Description** | **Start Date** | **End Date** | **Quantity** | **Type** | **Rate** | **Amount** |
| VAC PTO Retro | 07-07-2024 | 07-20-2024 | **12.000** | Hours | **67.7300** | **812.76** |
| Eve Diff Nwk Retro | 07-07-2024 | 07-20-2024 | **3.000** | Hours | **2.7500** | **8.25** |

| Imputed Income | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Life Impt Inc | | **7.84** |
| **Total Imputed Income** | | **7.84** |

| Pretax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| 401k Pre Tax | **16.42** | **1,289.01** |
| FSA Hlth | | **1,779.20** |
| FSA Dependent Care | | **291.70** |
| **Total Pretax Deductions** | **16.42** | **3,359.91** |

| Tax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Social Security Employee Withheld | **50.90** | **3,867.95** |
| Medicare Employee Withheld | **11.90** | **904.60** |
| SDI Employee Withheld (CA) | **9.03** | **686.16** |
| SIT Withheld (CA) | | **1,534.00** |
| FIT Withheld | | **1,476.42** |
| **Total Tax Deductions** | **71.83** | **8,469.13** |

| Other Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| 401k Roth | **8.21** | **193.87** |
| Union Dues | | **1,118.85** |
| Supp Life | | **20.16** |
| SUPP ADD | | **0.84** |
| **Total Other Deductions** | **8.21** | **1,333.72** |

| Absence Accruals | | | |
|---|---|---|---|
| **Description** | **Unit of Measure** | **Current** | **Balance** |

| Employer Paid Benefits | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| 401k ER Match | **10.26** | **242.34** |
| Med ER | | **16,801.96** |
| Dental ER | | **277.76** |
| Life Ins ER | | **37.80** |
| STD ER | | **23.50** |
| ADD ER | | **0.42** |
| **Total Employer Paid Benefits** | **10.26** | **17,383.78** |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---|
| **Check/Deposit Number** | **Bank Name** | **Branch Name** | **Account Number** | **Currency** | **Payment Amount** |
| 17089173602 | | | XXXXX8975 | USD | **724.55** |

| **Tax Withholding Information** | | | | |
|---|---|---|---|---|
| **Type** | **Marital Status** | **Exempt** | **Total Dependent Amount** | **Extra Withholding** |
| FEDERAL_2020 | Married filing jointly or Qualifying widow(er) | | 6,500.00 | 0.00 |

| **Tax Withholding Information** | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Type** | **Marital Status** | **Exempt** | **Addl** | **Sec ALW** | **BIN** | **Exemptions** | **Additional Amount** |
| CA | Married with one income | | | | | 4 | 0.00 |