Certificate Number: 14912-CAC-DE-039190764

Bankruptcy Case Number: 24-15867



14912-CAC-DE-039190764

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 28, 2024, at 2:25 o'clock PM EST, Alex Criollo completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date: December 28, 2024          By:    /s/Jai Bhatt

                                  Name:  Jai Bhatt

                                  Title: Counselor